SUPREME COURT OF NEW JERSEY
D-56 September Term 2010
067367

IN THE MATTER OF

MICHAEL DAVID HALBFISH,

AN ATTORNEY AT LAW

(Attorney No. 011741997)

ORDER

FILED
MAR 10 2011
CLERK

10-mc-111 (PGS)

The Disciplinary Review Board having filed with the Court its decision in DRB 10-250, concluding that **MICHAEL DAVID HALBFISH** of **PISCATAWAY**, who was admitted to the bar of this State in 1997, should be censured for violating RPC 1.1(a)(gross neglect), RPC 1.3 (lack of diligence), RPC 1.4(b) (failure to keep client reasonably informed), RPC 1.15(b) (failure to promptly deliver funds to client or third party), and RPC 8.4(c)(dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MICHAEL DAVID HALBFISH** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 8th day of March, 2011.

CLERK OF THE SUPREME COURT

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY